

ORIGINAL

FILED

10/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0487

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0487

FILED

OCT 20 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE ADOPTION OF:

J.H.,

A Minor Child.

ORDER

The Appellate Defender Division (ADD), on behalf of Appellant Father K.P.H., has petitioned for leave to file an out-of-time appeal on Father's behalf in the above-titled matter, pursuant to M. R. App. P. 4(6). ADD states that Father was involved in a private adoption action seeking termination of his parental rights. An evidentiary hearing was held on August 19, 2020. On August 25, 2020, a document entitled, "Petitioner's Proposed Findings of Fact, Conclusions of Law and Order" was filed. In its heading, this document contained the name and contact information for petitioner's attorney who prepared and submitted the document to the court for consideration. Oddly, this *proposed* document was signed and dated by District Court Judge Marks. On September 16, 2020 the District Court issued a Decree of Adoption—containing Judge Marks' name and contact information in the heading. In the Decree of Adoption, the prior "proposed findings" were referenced as an actual court order, not merely a proposed document, terminating Father's parental rights.

Upon receipt of the Decree of Adoption, Father's trial counsel contacted ADD to attempt to preserve Father's right to appeal. ADD advises Petitioner's counsel was contacted but did not respond as to Petitioner's position on the out-of-time appeal request.

We grant out-of-time appeals under M. R. App. P. 4(6) in the "infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice." ADD argues that such would occur here if Father were denied his right to appeal when it was unclear the district court had issued a termination order entitled "Proposed Findings . . ." We agree.

Under the facts of this case, the untimeliness of K.P.H.'s appeal is through no fault of his own. Further, there was confusion on the part of Father's trial counsel in that counsel thought the document entitled "Petitioner's Proposed Findings of Fact, Conclusions of Law and Order" was merely a document proposed by petitioner, not an actual order terminating Father's parental rights. Given the importance of the interests at stake for Father,

IT IS ORDERED that the petition for leave to file an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that ADD shall promptly order the necessary transcripts for the appeal.

The Clerk of this Court is directed to provide copies of this Order to all counsel of record.

DATED this 20 day of October, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2